```
TUCKER ELLIS & WEST LLP
EVAN C. NELSON – STATE BAR NO. 172957
LILLIAN C. MA – STATE BAR NO. 210103
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
evan.nelson@tuckerellis.com
lillian.ma@tuckerellis.com

Attorneys for Defendant
CARRIER CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCHOELZEL, <br><br> Plaintiff, <br><br> v. <br><br> ASBESTOS DEFENDANTS, As Reflected on Exhibits, et al., <br><br> Defendants. | Case No. <br><br> **DEFENDANT CARRIER CORPORATION'S DISCLOSURE STATEMENT** <br><br> Fed. R. Civ. P. 7.1 |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Carrier Corporation ("Carrier") states that it is a wholly-owned subsidiary of United Technologies Corporation.

DATED: June 27, 2008

TUCKER ELLIS & WEST LLP

By: _____
Evan C. Nelson
Lillian C. Ma
Attorneys for Defendant
CARRIER CORPORATION

---
1
CARRIER CORPORATION'S DISCLOSURE STATEMENT

SFOiManage/11425/01621/158849/1