| | |
|---|---|
| 1 | TUCKER ELLIS & WEST LLP |
|   | EVAN C. NELSON – STATE BAR NO. 172957 |
| 2 | LILLIAN C. MA – STATE BAR NO. 210103 |
|   | 135 Main Street, Suite 700 |
| 3 | San Francisco, California 94105 |
|   | Telephone: 415.617.2400 |
| 4 | Facsimile: 415.617.2409 |
|   | evan.nelson@tuckerellis.com |
| 5 | lillian.ma@tuckerellis.com |
| 6 | Attorneys for Defendant |
|   | CARRIER CORPORATION |

FILED
08 JUN 27 PH 1:46

EDL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCHOELZEL, | Case No. CV 08 3113 |
| Plaintiff, | **DEFENDANT CARRIER CORPORATION'S CERTIFICATION OF INTERESTED PARTIES** |
| v. | Civil L.R. 3-16 |
| ASBESTOS DEFENDANTS, As Reflected on Exhibits, et al., | |
| Defendants. | |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: United Technologies Corporation, which owns 100 percent of the outstanding shares of Carrier Corporation; and Travelers Insurance Company, an insurance carrier that may have issued insurance providing coverage for

---
1
CARRIER CORPORATION'S CERTIFICATION OF
INTERESTED PARTIES

SFOiManage/11425/01621/158848/1

1 | the incident which is the subject of this lawsuit. Signature, Attorney of Record.

2

3 | DATED: June 27, 2008                    TUCKER ELLIS & WEST LLP

4

5

                                                By: _____
6                                                    Evan C. Nelson
                                                     Lillian C. Ma
7                                                    Attorneys for Defendant
                                                     CARRIER CORPORATION
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2
CARRIER CORPORATION'S CERTIFICATION OF
INTERESTED PARTIES

SFOiManage/11425/01621/158848/1