TUCKER ELLIS & WEST LLP
EVAN C. NELSON – STATE BAR NO. 172957
LILLIAN C. MA – STATE BAR NO. 210103
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
evan.nelson@tuckerellis.com
lillian.ma@tuckerellis.com

Attorneys for Defendant
CARRIER CORPORATION

E-filing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCHOELZEL,<br><br>Plaintiff,<br><br>v.<br><br>ASBESTOS DEFENDANTS, As Reflected on Exhibits, et al.,<br><br>Defendants. | Case No. 3113<br><br>**DEFENDANT CARRIER CORPORATION'S NOTICE OF TAG-ALONG ACTION**<br><br>Multi-District Rule 7.5(e) |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under

section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

DATED: June 27, 2008

TUCKER ELLIS & WEST LLP

By: _____
Evan C. Nelson
Lillian C. Ma
Attorneys for Defendant
CARRIER CORPORATION

2
CARRIER CORPORATION'S NOTICE OF TAG-ALONG ACTION

SFOiManage/11425/01621/158850/1