

TUCKER ELLIS & WEST LLP
EVAN C. NELSON – STATE BAR NO. 172957
LILLIAN C. MA – STATE BAR NO. 210103
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
evan.nelson@tuckerellis.com
lillian.ma@tuckerellis.com

Attorneys for Defendant
CARRIER CORPORATION

FILED 08 JUN 27 PM 1:43

E-filing

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

EDL

| | |
|---|---|
| ROBERT SCHOELZEL,<br><br>Plaintiff,<br><br>v.<br><br>ASBESTOS DEFENDANTS, As Reflected on Exhibits, et al.,<br><br>Defendants. | Case No. CV 08 3113<br><br>**DEFENDANT CARRIER CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>Civil L.R. 3-13 |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-13, defendant Carrier Corporation ("Carrier") hereby notifies the Court that the above-entitled action appears to involve all or a material part of the same subject matter as other actions which are pending in the United States District Court for the Eastern District of Pennsylvania, where all Federal Court asbestos personal injury actions have been centralized pursuant to the Order of the judicial panel on multi-district litigation for coordinated or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order").

In its MDL Transfer Order, the judicial panel found that the consolidated actions, similar to the instant case, dealt with common questions of fact relating to injuries or wrongful death allegedly caused by exposure to asbestos, "'and that centralization under § 1407 in the Eastern District of Pennsylvania will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.'" *Fung v. Abex Corp.* 816 F.Supp. 569, 573 (N.D. Cal. 1992). The MDL Transfer Order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings of the Panel's Order to Show Cause. See Carrier's Notice of Tag-Along Action filed concurrently herewith.

Accordingly, because the above-entitled case involves a claim for injuries allegedly caused by exposure to asbestos, Carrier requests that this action be transferred to the United States District Court for the Eastern District of Pennsylvania pursuant to the multi-district litigation procedures to conserve resources and promote an efficient determination of the action.

DATED: June 27, 2008

TUCKER ELLIS & WEST LLP

By: [signature] for
Evan C. Nelson
Lillian C. Ma
Attorneys for Defendant
CARRIER CORPORATION



TUCKER ELLIS & WEST LLP
EVAN C. NELSON – STATE BAR NO. 172957
LILLIAN C. MA – STATE BAR NO. 210103
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
evan.nelson@tuckerellis.com
lillian.ma@tuckerellis.com

Attorneys for Defendant
CARRIER CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT SCHOELZEL,<br><br>Plaintiff,<br><br>v.<br><br>ASBESTOS DEFENDANTS, As Reflected on Exhibits, et al.,<br><br>Defendants. | Case No.<br><br>**DEFENDANT CARRIER CORPORATION'S NOTICE OF TAG-ALONG ACTION**<br><br>Multi-District Rule 7.5(e) |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under

section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

DATED: June 27, 2008

TUCKER ELLIS & WEST LLP

By: ______________________
Evan C. Nelson
Lillian C. Ma
Attorneys for Defendant CARRIER CORPORATION