| | |
|---|---|
| 1 | TUCKER ELLIS & WEST LLP |
| | EVAN C. NELSON – STATE BAR NO. 172957 |
| 2 | LILLIAN C. MA – STATE BAR NO. 210103 |
| | 135 Main Street, Suite 700 |
| 3 | San Francisco, California 94105 |
| | Telephone: 415.617.2400 |
| 4 | Facsimile: 415.617.2409 |
| | evan.nelson@tuckerellis.com |
| 5 | lillian.ma@tuckerellis.com |

Attorneys for Defendant
CARRIER CORPORATION

E-filing

FILED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SCHOELZEL,

    Plaintiff,

v.

ASBESTOS DEFENDANTS, As Reflected on Exhibits, et al.,

    Defendants.

Case No. CV 08 3113

DEFENDANT CARRIER CORPORATION'S CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT

I, Anna Pasynkova, certify and declare as follows:

1. I am employed with the law firm of Tucker Ellis & West LLP, whose address is 135 Main Street, Suite 700, San Francisco, California 94105. I am over the age of 18 years, and am not a party to the within action.

2. On June 27, 2008, I served on all interested parties in this action a copy of the following documents: DEFENDANT CARRIER CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1442(A)(1) (GOVERNMENT CONTRACTOR IMMUNITY-ACTING UNDER DIRECTION OF FEDERAL OFFICERS); DEFENDANT CARRIER CORPORATION'S DISCLOSURE STATEMENT; DEFENDANT CARRIER CORPORATION'S NOTICE OF TAG-ALONG ACTION; DEFENDANT CARRIER

1  CORPORATION'S CERTIFICATION OF INTERESTED PARTIES; and DEFENDANT
2  CARRIER CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTION OR
3  PROCEEDING by depositing it in the United States Mail.
4      3.    I placed a true copy thereof in a sealed envelope addressed as indicated on the
5  attached service list. As follows, I am readily familiar with the firm's practice of collection and
6  processing correspondence for mailing. It is deposited with the Unites States Postal Service on
7  that same day in the ordinary course of business with postage thereon fully prepaid. I am aware
8  that on motion of the party served, service is presumed invalid if postal cancellation date or
9  postage meter date is more than one day after date of deposit or mailing affidavit.
10      I declare under penalty of perjury that the foregoing is true and correct. Executed on
11  June 27, 2008.

*/s/ Anna Pasynkova*
ANNA PASYNKOVA

---
2
CARRIER CORPORATION'S CERTIFICATE OF
SERVICE OF NOTICE

SFOiManage/11425/01621/158843/1

# CERTIFICATE OF SERVICE

I, Anna Pasynkova, declare as follows:

I am employed with the law firm of Tucker Ellis & West LLP, whose address is 135 Main Street, Suite 700, San Francisco, California 94105. I am over the age of eighteen years, and am not a party to the within action.

On June 27, 2008, I served the following documents:

**DEFENDANT CARRIER CORPORATION'S CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT**

on the interested parties in this action by:

__X__   **U. S. MAIL:** I placed a true copy thereof in a sealed envelope addressed as indicated on the attached service list. As follows, I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the Unites States Postal Service on that same day in the ordinary course of business with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

_____   **OVERNIGHT MAIL:** I sent a copy via overnight mail, Airbill No. _____.

_____   **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and caused such envelope(s) to be delivered via _____.

_____   **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and delivered it to _____ for personal service.

_____   **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

**SEE ATTACHED SERVICE LIST**

_____   **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1
2   __X__   **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

3   Executed at San Francisco, California on June 27, 2008.

4
5                                              _____
                                                         Anna Pasynkova
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---
4
CARRIER CORPORATION'S CERTIFICATE OF
SERVICE OF NOTICE

SFOiManage/11425/01621/158843/1

|   |   |
|---|---|
| 1 | **SERVICE LIST** |

| | *Attorneys for* |
|---|---|
| BASSI, MARTINI, EDLIN & BLUM LLP<br>351 CALIFORNIA STREET<br>SUITE 200<br>SAN FRANCISCO, CA 94104<br>(415) 397-9006 | PARKER HANNIFIN CORPORATION (DEFENDANT) |
| PERKINS COIE LLP<br>FOUR EMBARCADERO, SUITE 2400<br>SAN FRANCISCO, CA 94111<br>(415) 344-7000 | GEORGIA-PACIFIC LLC, (DEFENDANT)<br>HONEYWELL INTERNATIONAL INC., (DEFENDANT) |
| FILICE, BROWN, EASSA & MCLEOD, LLP<br>1999 HARRISON ST. 18TH FLOOR<br>OAKLAND, CA 94612<br>(510) 444-3131 | FORD MOTOR COMPANY (DEFENDANT)<br>GENERAL MOTORS CORPORATION (DEFENDANT) |
| IMAI TADLOCK KEENEY & CORDERY LLP<br>185 BERRY STREET, # 4300<br>SAN FRANCISCO, CA 94107<br>(415) 537-3930 | ELLIOTT COMPANY (DEFENDANT) |
| CARROLL, BURDICK & MCDONOUGH<br>44 MONTGOMERY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94104<br>(415) 989-5900 | WARREN PUMPS, LLC (DEFENDANT) |
| BRAYTON PURCELL<br>222 RUSH LANDING ROAD<br>P.O. BOX 6169<br>NOVATO, CA 949486169<br>(415) 898-1555 | SCHOELZEL, ROBERT (PLAINTIFF) |
| VASQUEZ & ESTRADA<br>COURTHOUSE SQUARE<br>1000 FOURTH STREET, STE. 700<br>SAN RAFAEL, CA 94901<br>(415) 453-0555 | RHEEM MANUFACTURING COMPANY (DEFENDANT) and LAMONS GASKET CO FKA LAMONS METAL GASKET CO (DEFENDANT) |
| BASSI, MARTINI, EDLIN & BLUM, LLP<br>351 CALIFORNIA STREET<br>SUITE 200<br>SAN FRANCISCO, CA 94104<br>(415) 397-9006 | J.T. THORPE & SON, INC. (DEFENDANT) |
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>55 SECOND STREET,<br>SUITE 1700 | CRANE CO. (DEFENDANT) |

CARRIER CORPORATION'S CERTIFICATE OF SERVICE OF NOTICE

SFOiManage/11425/01621/158843/1

Case 3:08-cv-03113-JSW   Document 8   Filed 06/27/2008   Page 6 of 8

| | | |
|---|---|---|
| 1 | | *Attorneys for* |
| 2 | SAN FRANCISCO, CA 94105<br>(415) 882-8200 | |
| 3 | GLASPY & GLASPY<br>100 PRINGLE AVE. STE. 750 | STEEGO CORPORATION<br>(DEFENDANT) |
| 4 | WALNUT CREEK, CA 945960000<br>(510) 947-1300 | |
| 5 | MORGAN, LEWIS & BOCKIUS LLP | GRINNELL LLC, (DEFENDANT) |
| 6 | ONE MARKET, SPEAR STREET TOWER<br>SAN FRANCISCO, CA 94105 | SCOTT TECHNOLOGIES, INC.<br>(DEFENDANT) |
| 7 | (415) 442-1000 | |
| 8 | BRYDON HUGO & PARKER<br>135 MAIN STREET, 20TH FLOOR | FOSTER WHEELER LLC<br>(DEFENDANT) |
| 9 | SAN FRANCISCO, CA 94105<br>(415) 808-0300 | PNEUMO ABEX, LLC,<br>(DEFENDANT) |
| 10 | BASSI, MARTINI, EDLIN & BLUM LLP<br>351 CALIFORNIA ST. STE 200 | CARLISLE CORPORATION<br>(DEFENDANT) |
| 11 | SAN FRANCISCO, CA 94104<br>(415) 397-9006 | |
| 12 | JACKSON & WALLACE LLP | BUFFALO PUMPS, INC. |
| 13 | 55 FRANCISCO STREET, 6TH FLOOR<br>SAN FRANCISCO, CA 94133 | (DEFENDANT) |
| 14 | (415) 982-6300 | |
| 15 | BECHERER, KANNETT & SCHWEITZER<br>2200 POWELL ST. | M. SLAYEN AND ASSOCIATES,<br>INC. (DEFENDANT) |
| 16 | SUITE 805<br>EMERYVILLE, CA 94608 | |
| 17 | (510) 658-3600 | |
| 18 | HAIGHT BROWN & BONESTEEL LLP<br>71 STEVENSON ST. | INTERNATIONAL TRUCK AND<br>ENGINE CORPORATION |
| 19 | 20TH FLR<br>SF, CA 941052981 | (DEFENDANT) |
| 20 | (415) 546-7500 | |
| 21 | THELEN REID & PRIEST LLP<br>101 SECOND ST. STE. 1800 | DAIMLERCHRYSLER<br>CORPORATION (DEFENDANT) |
| 22 | SAN FRANCISCO, CA 94105<br>(415) 371-1200 | |
| 23 | BURNHAM BROWN<br>P.O. BOX 119 | BORG-WARNER CORPORATION<br>(DEFENDANT) |
| 24 | OAKLAND, CA 94604<br>(510) 444-6800 | BORG-WARNER CORPORATION<br>(DEFENDANT) |
| 25 | WALSWORTH, FRANKLIN, BEVINS & | SB DECKING, INC. (DEFENDANT) |
| 26 | MCCALL, LLP<br>601 MONTGOMERY STREET | THOMAS DEE ENGINEERING<br>COMPANY (DEFENDANT) |
| 27 | 9TH FLOOR<br>SAN FRANCISCO, CA 94111 | |
| 28 | (415) 781-7072 | |

6
CARRIER CORPORATION'S CERTIFICATE OF
SERVICE OF NOTICE

SFOiManage/11425/01621/158843/1

| # | | |
|---|---|---|
| 1 | | *Attorneys for* |
| 2 | KNOX RICKSEN, LLP | ALLIS-CHALMERS CORPORATION |
| | 1300 CLAY STREET, SUITE 500 | PRODUCT LIABILITY TRUST |
| 3 | OAKLAND, CA 946121427 | (DEFENDANT) |
| | (510) 285-2500 | |
| 4 | LEWIS BRISBOIS BISGAARD & SMITH | PLANT INSULATION COMPANY |
| | LLP | (DEFENDANT) |
| 5 | ONE SANSOME ST., SUITE 1400 | |
| | SAN FRANCISCO, CA 94104 | |
| 6 | (415) 362-2580 | |
| 7 | GORDON & REES LLP | 3M COMPANY (DEFENDANT) |
| | 275 BATTERY STREET, 20TH FL | |
| 8 | SAN FRANCISCO, CA 94111 | |
| | USA | |
| 9 | (415) 986-5900 | |
| 10 | MCKENNA LONG & ALDRIDGE LLP | CERTAINTEED CORPORATION |
| | 101 CALIFORNIA ST. 41ST FLOOR | (DEFENDANT) |
| 11 | SAN FRANCISCO, CA 94111 | METALCLAD INSULATION |
| | (415) 267-4000 | CORPORATION (DEFENDANT) |
| 12 | LAW OFFICES OF PETER C. FREEMAN | BARR LUMBER COMPANY, INC. |
| 13 | 16485 LAGUNA CANYON RD. | (DEFENDANT) |
| | SUITE 230 | |
| 14 | IRVINE, CA 926183846 | |
| | (949) 341-0500 | |
| 15 | GORDON & REES | INGERSOLL-RAND COMPANY |
| 16 | 275 BATTERY ST 20TH FL | (DEFENDANT) |
| | SAN FRANCISCO, CA 94111 | LESLIE CONTROLS, INC. |
| 17 | (415) 986-5900 | (DEFENDANT) |
| | KNOX RICKSEN LLP | OSHKOSH TRUCK CORPORATION |
| 18 | 1300 CLAY STREET, SUITE 500 | (DEFENDANT) |
| | OAKLAND, CA 946121427 | |
| 19 | (510) 285-2500 | |
| 20 | POND NORTH LLP | CBS CORPORATION (DEFENDANT) |
| | 350 SOUTH GRAND AVENUE | |
| 21 | SUITE 2850 | |
| | LOS ANGELES, CA 90071 | |
| 22 | (213) 617-6170 | |
| 23 | PRINDLE, DECKER & AMARO LLP | C.H. MURPHY/CLARK-ULLMAN, |
| | 369 PINE STREET, STE 800 | INC. (DEFENDANT) |
| 24 | SAN FRANCISCO, CA 94104 | SYD CARPENTER MARINE |
| | (415) 788-8354 | CONTRACTOR, INC. (DEFENDANT) |
| 25 | HOWARD ROME MARTIN & RIDLEY LLP | IMO INDUSTRIES INC. |
| | 1775 WOODSIDE ROAD, SUITE 200 | (DEFENDANT) |
| 26 | REDWOOD CITY, CA 940613436 | |
| 27 | (650) 365-7715 | |
| | FOLEY & MANSFIELD, PLLP | THORPE INSULATION COMPANY |
| 28 | 1111 BROADWAY 10TH FLOOR | (DEFENDANT) |

| | | |
|---|---|---|
| 1 | | *Attorneys for* |
| 2 | OAKLAND, CA 94607<br>(510) 590-9500 | |
| 3 | SEDGWICK, DETERT, MORAN & ARNOLD LLP | GENERAL ELECTRIC COMPANY (DEFENDANT) |
| 4 | ONE MARKET PLAZA<br>STEUART TOWER 8TH FLOOR | |
| 5 | SAN FRANCISCO, CA 94105<br>(415) 781-7900 | |
| 6 | BOWMAN AND BROOKE LLP | FORD MOTOR COMPANY |
| 7 | 879 WEST 190TH STREET<br>SUITE 700 | (DEFENDANT)<br>GENERAL MOTORS |
| 8 | GARDENA, CA 90248<br>(310) 768-3068 | CORPORATION (DEFENDANT) |
| 9 | JACKSON & WALLACE LLP | BW/IP, INC. (DEFENDANT) |
| 10 | 55 FRANCISCO ST. 6TH FLOOR<br>SAN FRANCISCO, CA 94133 | |
| 11 | (415) 982-6300 | |
| 12 | BISHOP, BARRY, HOWE, HANEY & RYDER | THORPE INSULATION COMPANY (DEFENDANT) |
| 13 | 2000 POWELL STREET, SUITE 1425<br>EMERYVILLE, CA 94608 | |
| 14 | (510) 596-0888 | |
| 15 | MCKENNA LONG & ALDRIDGE LLP<br>101 CALIFORNIA ST. 41ST FLOOR | PLANT INSULATION COMPANY (DEFENDANT) |
| 16 | SAN FRANCISCO, CA 94111<br>(415) 267-4000 | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CARRIER CORPORATION'S CERTIFICATE OF
SERVICE OF NOTICE

SFOiManage/11425/01621/158843/1