ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
Brayton❖Purcell LLP
222 Rush Landing Road
PO Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 Fax

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCHOELZEL  <br><br>Plaintiff,  <br><br>vs.  <br><br>ASBESTOS DEFENDANTS, et al.,  <br><br>Defendants. | No. CV 08-03113 JSW  <br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND  <br><br>Date: November 7, 2008  <br>Time: 9:00 a.m.  <br>Court 2, 17th Floor |

Having considered the papers and arguments submitted in support and in opposition to plaintiffs' Motion to Remand Case to the California Superior Court, County of San Francisco, and good cause appearing:

IT IS HEREBY ORDERED that the Motion is GRANTED and this case is REMANDED to the Superior Court of the State of California, County of San Francisco, Case No. 453669. The Clerk shall send a certified copy of this Order to the Clerk of the California

///

1  Superior Court, and that Court may thereupon proceed with the case. Plaintiff's are awarded
2  their costs and attorneys' fees pursuant to 28 U.S.C. section 1447(c).
3  **IT IS SO ORDERED.**
4
5
6  Dated: _____    _____
                                     UNITED STATES DISTRICT JUDGE

K:\Injured\105358\Fed-ORD-remand.wpd                 2
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND