1  TUCKER ELLIS & WEST LLP
   EVAN C. NELSON (SBN 172957)
2  LILLIAN C. MA (SBN 210103)
   135 Main Street, Suite 700
3  San Francisco, CA 94105
   Telephone:  (415) 617-2400
4  Facsimile:  (415) 617-2409
   evan.nelson@tuckerellis.com
5  lillian.ma@tuckerellis.com

6  Attorneys for Defendant
   CARRIER CORPORATION
7

8

9              UNITED STATES DISTRICT OF COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  ROBERT SCHOELZEL,                    Case No.  C 08-03113 JSW

13                                       **DECLARATION OF LILLIAN C. MA IN
              Plaintiff,                 SUPPORT OF CARRIER
14                                       CORPORATION'S OPPOSITION FOR
       v.                                MOTION FOR REMAND**
15
    ASBESTOS DEFENDANTS, As Reflected on  Date:  November 7, 2008
16  Exhibits, et al.,                    Time:  9:00 a.m.
                                         Courtroom:  2, 17th Floor
17            Defendants.

18        I, Lillian C. Ma, declare as follows:

19        1.      I am an attorney with the law firm of Tucker Ellis & West LLP, counsel for

20  defendant Carrier Corporation in the above captioned case, and am licensed to practice before all

21  Courts of the State of California.  I have personal knowledge of the facts contained in this

22  declaration.

23

24

25

26

27

28

                                      1
                      DECLARATION OF LILLIAN C. MA
SFOiManage/011425/001621/160054/1

1

2       2.     Attached hereto as Exhibit 1 are true and correct copies of pertinent pages from

3   deposition of Robert Schoelzel, taken on April 27, 2007, in the State Court Action, Case No.

4   CGC-06-453669.

     I declare under the penalty of perjury that the foregoing is true and correct.  Executed on

5   August 6, 2008.

6

7

8                                     _____/S/_____
                                         Lillian C. Ma

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
DECLARATION OF LILLIAN C. MA

SFOiManage/011425/001621/160054/1

1          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

2             IN AND FOR THE COUNTY OF SAN FRANCISCO

3                          ---oOo---

4    ROBERT SCHOELZEL,

5          Plaintiff,

6    vs.                        No.  453669

7    ASBESTOS DEFENDANTS (BP),

8          Defendants.

9                    /

10

11

12

13          DEPOSITION OF ROBERT SCHOELZEL

14                    Volume I

15                  (Pp. 1 - 279)

16

17

18       Taken before ROBIN ESGUERRA JOHNSON

19               CSR No. 6217

20               April 2, 2007

21

22

23

24

25

46

1        **THE WITNESS:**        Yes, Ames.

2    **BY MS. HUTH:**

3        **Q.**        When did you start working at Ames?

4        **A.**        I would just be guessing, but it was '7- -- it

5    was in '72, end of '72 maybe.

6        **Q.**        Did you graduate high school in '72?

7        **A.**        Yes.

8        **Q.**        And this was sometime after Safeway after high

9    school?

10        **A.**        Yes, just right after I graduated.

11        **Q.**        How long did you work at Ames?

12        **A.**        I believe six months.

13        **Q.**        What did you do at Ames Plumbing, Heating &

14    Air-Conditioning?

15        **A.**        I was a plumber's apprentice.

16        **Q.**        What type of sites did Ames Plumbing service?

17        **A.**        They did residential and commercial.

18        **Q.**        As a plumber's apprentice did you go out into

19    the field with the plumbers or were you just back at

20    the shop?

21        **A.**        No, they called me out when they wanted a dirty

22    job done.

23        **Q.**        What type of work did you do as a plumber's

24    apprentice for Ames?

25        **A.**        Cut pipe, thread pipe, chase parts, dig

47

1    ditches, dig waterline trenches.  All the good work.

2        Q.    Were you part of a union as a plumber's

3    apprentice there?

4        A.    No.

5        Q.    Did you have to cut any cement pipe for Ames

6    Plumbing?

7        A.    Yes, I did.

8        Q.    How often did you cut cement pipe for Ames

9    Plumbing?

10        A.    Probably rare.

11        Q.    Do you know the brand name, manufacturer or

12    supplier of any of the cement pipe that you cut for

13    Ames Plumbing?

14        A.    I don't recall.

15        Q.    What other materials did you work with besides

16    pipe at Ames Plumbing?

17        A.    Well, we did air-conditioning, heating, we had

18    thermostats, we had water heaters, AC compressors,

19    copper pipe, galvanized pipe, black wrap pipe, faucets,

20    sinks, toilets, all that good stuff.

21        Q.    Did you ever have to remove or install any pipe

22    insulation for Ames Plumbing?

23        A.    I don't recall.

24        Q.    Did you make any repairs to any

25    air-conditioning or heating units other than installing

48

1    or removing them?

2        A.        Yes, I did.

3        Q.        What type of equipment did you repair?

4        A.        Well, repair or replace the compressors.  Added

5    Freon, stuff like that.  Maintenance.

6        Q.        Do you recall the brand name, manufacturer or

7    supplier of the compressors that you repaired?

8        A.        They were numerous, but I can't recall at this

9    time.

10       Q.        Do you recall any of the specific sites where

11   you worked for Ames Plumbing & Heating?

12       A.        No, we worked all over Orange County.

13       Q.        Did you see any construction, demolition or

14   remodeling at any of the sites where you worked for

15   Ames Plumbing & Heating?

16       A.        No, all we did was repair and replacement on

17   older homes.

18       MR. NUSSBAUM:        I'm sorry, did you say "older"?

19       THE WITNESS:        Older homes, yes.

20   BY MS. HUTH:

21       Q.        Do you recall the brand name, manufacturer or

22   supplier of any of the air-conditioning units that you

23   worked with at Ames?

24       A.        Rheem, Carrier.  There were others, I just

25   can't recall at this time.

49

1        **MS. SHETABI:**       Can I have the last question read

2   back, please.

3        (Record read.)

4        **MS. SHETABI:**       Thank you.

5   **BY MS. HUTH:**

6        **Q.**     And do you recall the brand name, manufacturer

7   or supplier of any of the heating units that you worked

8   with at Ames?

9        **A.**     It was the same, a Rheem and a Carrier mostly.

10       **Q.**     Did you work with any pumps for Ames Plumbing &

11   Heating?

12       **A.**     Swimming pool pumps, we did some of those.  And

13   apartment complexes had some pumps to pump the water up

14   to the higher floors.

15       **Q.**     What type of work did you do on the swimming

16   pool pumps?

17       **A.**     We either changed the pump, the motor, or both.

18       **Q.**     Okay.  And what kind of work did you do on the

19   water pumps in the apartment buildings?

20       **A.**     Same thing, either repaired the -- replaced the

21   pump or the motor or both.

22       **Q.**     Do you recall the brand name, manufacturer or

23   supplier of any of the pumps that you worked on or with

24   for Ames Plumbing?

25       **A.**     There were others, but Hayden was one of them I