TUCKER ELLIS & WEST LLP
EVAN C. NELSON (SBN 172957)
LILLIAN C. MA (SBN 210103)
135 Main Street, Suite 700
San Francisco, CA 94105
Telephone:  (415) 617-2400
Facsimile:  (415) 617-2409
evan.nelson@tuckerellis.com
lillian.ma@tuckerellis.com

Attorneys for Defendant
CARRIER CORPORATION

# UNITED STATES DISTRICT OF COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCHOELZEL, | Case No.  C 08-03113 JSW |
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR REMAND** |
| v. | Date:  November 7, 2008 |
| ASBESTOS DEFENDANTS, As Reflected on Exhibits, et al., | Time:  9:00 a.m. |
| | Courtroom:  2, 17th Floor |
| Defendants. | |

Having considered the papers and arguments submitted in support, in opposition and in reply to Plaintiff's Motion to Remand Case to the California Superior Court, County of San Francisco, and good cause appearing:

IT IS HEREBY ORDERED that the Motion is DENIED and this case remains venued in the United States District Court for the Northern District of California.  Plaintiff's request for attorneys' fees and costs pursuant to 28 U.S.C. section 1447(c) is DENIED.


Dated: _____        _____
                                                              UNITED STATES DISTRICT

SFOiManage/011425/001621/160052/1