1 TUCKER ELLIS & WEST LLP
LILLIAN C. MA – STATE BAR NO. 210103
2 LANCE D. WILSON - STATE BAR NO. 183852
135 Main Street, Suite 700
3 San Francisco, California 94105
Telephone: (415) 617-2400
4 Facsimile: (415) 617-2409

5 Attorneys for Defendant
CARRIER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCHOELZEL, <br><br> Plaintiff, <br><br> v. <br><br> ALLIS-CHALMERS CORP., et al, <br><br> Defendants. | Case No. C 08-03113 JSW <br><br> **JOINT STIPULATION TO DISMISS DEFENDANT CARRIER CORPORATION AND TO REMAND ACTION TO STATE COURT** <br><br> **[Local Rules 7-1 and 7-12; FRCP 41]** |

Come now Plaintiff ROBERT SCHOELZEL ("Plaintiff") and Defendant CARRIER CORPORATION ("CARRIER"), who file the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, Defendant CARRIER removed this case to the United States District Court for the Northern District of California on June 27, 2008, on the ground that the Court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiff's allegations that his injury was caused by products designed and manufactured by CARRIER under the supervision and control of the United States government;

WHEREAS, Defendant CARRIER was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal;

WHEREAS, Plaintiff and Defendant CARRIER, the affected parties, have now reached a resolution of Plaintiff's claims against CARRIER;

---
1
STIPULATION
C 08-03113 JSW

SFOiManage/074908/000541/160213/1
011425.001621.161942.1

1  WHEREAS, Defendant CARRIER's desire for a federal forum for this action is now
2 moot given the resolution of Plaintiff's claims against it; and
3  WHEREAS, pursuant to the parties' resolution, Plaintiff and Defendant CARRIER seek
4 to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected
5 parties, Plaintiff and Defendant CARRIER, that all claims against Defendant CARRIER shall be,
6 and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil
7 Procedure and that this action shall be, and hereby is, immediately remanded to the San
8 Francisco County Superior Court, the court in which it was originally filed and from which it
9 was removed.

10 DATED: November 3, 2008                    BRAYTON PURCELL

12                                            By: /s/ Richard Grant
13                                            Richard Grant
                                              Attorneys for Plaintiff
14                                            ROBERT SCHOELZEL

16 DATED: November ___, 2008                  TUCKER ELLIS & WEST LLP

19                                            By:
                                              Lance Wilson
                                              Attorneys for Defendant
20                                            CARRIER CORPORATION

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the
22 Superior Court of California, County of San Francisco, Case. No. 453669. The Clerk shall send
23 a certified copy of this Order to the Clerk of the Court for the Superior Court of California,
24 County of San Francisco.
25 Dated: November ___, 2008                  By: _____
26                                            HONORABLE JEFFREY S. WHITE
27                                            UNITED STATES DISTRICT JUDGE
28

2
STIPULATION
C 08-03113 JSW

SFOiManage/074908/000541/160213/1
011425.001621.161942.1

1      WHEREAS, Defendant CARRIER's desire for a federal forum for this action is now
2 moot given the resolution of Plaintiff's claims against it; and
3      WHEREAS, pursuant to the parties' resolution, Plaintiff and Defendant CARRIER seek
4 to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected
5 parties, Plaintiff and Defendant CARRIER, that all claims against Defendant CARRIER shall be,
6 and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil
7 Procedure and that this action shall be, and hereby is, immediately remanded to the San
8 Francisco County Superior Court, the court in which it was originally filed and from which it
9 was removed.

10 DATED: October ___, 2008      BRAYTON PURCELL

By: _____
Richard Grant
Attorneys for Plaintiff
ROBERT SCHOELZEL

16 DATED: November 3, 2008      TUCKER ELLIS & WEST LLP

By: _____
Lance Wilson
Attorneys for Defendant
CARRIER CORPORATION

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the
22 Superior Court of California, County of San Francisco, Case. No. 453669. The Clerk shall send
23 a certified copy of this Order to the Clerk of the Court for the Superior Court of California,
24 County of San Francisco.

25 Dated: ~~October ___, 2008~~
    November 7, 2008      By: _____
                                        HONORABLE JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE